# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 20, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150182

MCLAREN HEALTH CARE CORPORATION,
BARBARA ANN KARMANOS CANCER
INSTITUTE and BARBARA ANN
KARMANOS CANCER HOSPITAL, d/b/a
KARMANOS CANCER CENTER,
        Plaintiffs/Counter-
        Defendants-Appellants,

v

                             SC: 150182
                             COA: 320846
                             Oakland CC: 2013-137031-CB

DETROIT MEDICAL CENTER,
        Defendant/Counter-
        Plaintiff-Appellee.

_____/

     On order of the Court, the application for leave to appeal the August 21, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 20, 2015



Clerk

t0513